**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>            v.<br>EDWARD WALSH VAUGHAN,<br>    Defendant. | Case No. 4:22-cr-00162-ALM-KPJ |

**ORDER**

The Court, upon consideration of Edward Walsh Vaughan's Motion to Modify Conditions of Release, the Court finds the motion should be GRANTED.

IT IS ORDERED that the requirement of a location monitoring bracelet with regard to Defendant Vaughan is withdrawn. Defendant Vaughan's shall submit to a location monitoring program, including the use of SmartLink technology, or similar technology, as administered by Pretrial Services in the Northern District of Virginia.