UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 4:22-CR-162 ALM/KPJ |
| § | |
| EDWARD WALSH VAUGHAN (1) § | |

## ORDER

Having considered Defendant's Motion to Modify Conditions of Release (Dkt. 188) and the Government's response thereto (Dkt. 190), the motion is hereby **DENIED**. The Court requests that the Pretrial Office refit Defendant with an ankle monitor that does not cause him pain and contains a longer lasting battery as soon as possible.

**So ORDERED and SIGNED this 24th day of January, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE