IN THE UNITED STATES DISTRICT COURT
FOR THEEASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>EDWARD VAUGHAN (1)<br>HADI AKKAD (2) | Case No. 4:22-cr-00162-ALM-KPJ |

**ORDER ON FIRST MOTION FOR BILL OF PARTICULARS**

Mr. Akkad's First Motion for Bill of Particulars is GRANTED. The government shall identify all transactions conducted by or involving Vaughan and those conducted by or involving Akkad that it contends are part of the conspiracy alleged in Count Two, within two days of this order.