IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-162-ALM-BD |
| | § | |
| EDWARD WALSH VAUGHAN (1) | § | |
| HADI AKKAD (2) | § | |
| GINA ELLINGSEN (6) | § | |
| | § | |

**U.S. BANK N.A. AND ELAVON, INC.'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Third parties U.S. Bank National Association ("U.S. Bank N.A.") and Elavon, Inc. ("Elavon") (collectively, "U.S. Bank"), by counsel, respectfully request leave to file Attachment B to Defendant Akkad's March 17, 2025 subpoena, which is attached as Exhibit C to U.S. Bank's motion to quash, under seal. Attachment B to Defendant Akkad's March 17, 2025 Subpoena reflects a document produced in discovery to Defendants and is subject to the protective order filed on August 25, 2022. ECF No. 93. Therefore, U.S. Bank requests this document be filed under seal.

Dated: March 28, 2025

Respectfully submitted,

*/s/*

Ephraim Wernick (TX 24042138)
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
ewernick@velaw.com
T: 1.202.639.6730 | F: 1.214.220.7716

Daniel T. Wallmuth (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Ave. NW, Ste. 500 West
Washington, DC 20037-1701
T: 1.202.639.6762 | F: 1.202.879.8852

dwallmuth@velaw.com

*Counsel for U.S. Bank N.A. and Elavon, Inc.*

**CERTIFICATE OF SERVICE**

This pleading was filed and distributed to all counsel of record through the Court's ECF system.

*/s/*
Ephraim Wernick