# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>          v.<br>EDWARD WALSH VAUGHAN,<br>    Defendant. | Case No. 4:22-CR-00162 |

## ORDER

Upon consideration of the motion for judgment of acquittal filed by defendants Vaughan and Akkad at the close of the government's case, it is hereby ORDERED that the motion is **DENIED**.  It it therefore,

ORDERED that the Defendants Motion for Acquittal (Dkt. #373) is **DENIED**.

 **SIGNED this 11th day of April, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE