IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22-CR-162-ALM-BD |
| EDWARD WALSH VAUGHAN (1) <br> HADI AKKAD (2) <br> GINA ELLINGSEN (6) | § § § § | |

**PROPOSED ORDER ON U.S. BANK N.A. AND ELAVON, INC.'S MOTION TO QUASH DEFENDANT AKKAD'S SUBPOENA FOR WITNESS TRIAL TESTIMONY**

Before the Court is U.S. Bank National Association and Elavon, Inc.'s (collectively "U.S. Bank") Motion to Quash Defendant Akkad's ("Defendant") Subpoena for Witness Trial Testimony (the "Motion") (Dkt. #308) .

Having considered the filings in this case, the Court **GRANTS** U.S. Bank's Motion.

It is so **ORDERED**.

**SIGNED** this 11th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE