# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 4/14/2025

| | |
|---|---|
| **CHIEF DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2)<br>Gina Ellingsen (6) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, Heather Rattan, GR Jackson, Lesley Brooks | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Catherine Stanley, Heather Peterson, Jeff Kearney (2)<br><br>Marlo Pfister Cadeddu (6) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 9 |
|---|---|
| 8:48 a.m. | Court in session. Court notes appearance of the parties and counsel. |
| 8:49 a.m. | Court addresses Defendant Ellingson's counsel and Defendant Ellingson. The Court grants Defendant's Motion for Judgment of Aquittal (Dkt. #374) and aquits defendant. |
| 8:50 a.m. | Court and Parties address jury charge. No objections by the Government. Vaughan's counsel, John Cline covers objections on charge for all Defendants. |
| 8:58 a.m. | Court hears from Akkad's counsel, David Gerger regarding sealed filing (Dkt. #395) and provides Court with flash drive to go with that document. |
| | Akkad's counsel, David Gerger indicates they will move for the admission of Defendant's Exhibit 631. Government objects to Defendant's trial exhibit 631. Government will be providing a full copy. |
| 9:02 a.m. | Government requests instruction to the jury and in the charge regarding Ellingsen's acquittal. Government provides language. No objection by the Government. |
| 9:04 a.m. | Court will allow 90 minutes for closing argument. 45 minutes per side for each Defendant. |
| 9:08 a.m. | Jury seated. Court provides instruction regarding Defendant Ellingson. |

CASE NO.  4:22CR162    DATE: 4/14/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 9 |
|---|---|
| 9:09 a.m. | Defendant's Exhibit 631, subject to redactions.  Government objects. |
| 9:09 a.m. | Defendant's Exhibit 548 and 628.  No objection.  Admitted. |
| 9:09 a.m. | Vaughan's Counsel, Samuel Ford calls Ryan Hicks.  Witness placed under oath.  Counsel Ford begins direct examination. |
| 9:13 a.m. | Counsel Samuel Ford offers Defendant's Exhibit 39. Objection to contents on hearsay. |
| 9:13 a.m. | Bench conference. |
| 9:15 a.m. | Objection overruled.  Defendant's Exhibit 39 is admitted. |
| 9:24 a.m. | Akkad's counsel, David Gerger questions witness Ryan Hicks. |
| 9:26 a.m. | AUSA Roque-Jackson begins cross examination. |
| 9:30 a.m. | Akkad's counsel, David Gerger questions witness Ryan Hicks. |
| 9:32 a.m. | AUSA Roque-Jackson follow up question. |
| 9:32 a.m. | Witness excused. |
| 9:33 a.m. | Defendant Vaughan rests.  Defendant Akkad rests.  No rebuttal.  Government and both Defendants close. |
| 9:36 a.m. | Jury excused. |
| 9:36 a.m. | Government objects to Defendant Exhibit 631.  Government agrees to redacted version.  Defendant Exhibit 631 is admitted. |
| 9:38 a.m. | Court hears from AUSA Rattan regarding limine for closing.  Court hears from Defendant's counsel. |
| 10:07 a.m. | Court re-convened.  Jury seated. |
| 10:08 a.m. | AUSA Anand Varadarajan begins initial closing argument. |
| 11:05 a.m. | Vaughan's counsel, John Cline closing argument. |
| 11:41 a.m. | Vaughan's counsel, Joe Brown closing argument. |
| 11:50 a.m. | Akkad's counsel, Jeff Kearney closing argument. |
| 12:30 p.m. | AUSA Lesley Brooks concludes closing argument. |
| 1:01 p.m. | Jury released for lunch. |

CASE NO.  4:22CR162     DATE: 4/14/2025

PAGE 3  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 9 |
|---|---|
| 1:02 p.m. | Court hears from Vaughan's counsel, John Cline regarding Government Exhibit 245 objection under 1006 and 403 as an improper summary.  Defendant objects to argumentative.  Court overrules Defendant's objection.<br>Defendants renew motion for acquittal.  Court overrules motion. |
| 1:04 p.m. | Court recess for lunch. |
| 2:03 p.m. | Court re-convened.  Jury seated |
| 2:05 p.m. | Court reads preliminary instructions. |
| 2:36 p.m. | Defendant Vaughan's counsel re-urges objections to instructions.  Court overrules. |
| 2:37 p.m. | Court recess pending note or verdict. |
| 4:47 p.m. | Court re-convenes.  Court has received note number #1 regarding the foreperson.  Court has received note #2.  Parties agree to response.  Court will return note to jury. |
| 4:51 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk