# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 4/16/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, Heather Rattan, GR Jackson, Lesley Brooks | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Catherine Stanley, Heather Peterson, Jeff Kearney (2) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 11 |
|---|---|
| 9:01 am | Court in session. Jury Note 6 received. |
| 9:02 am | Court in recess. |
| 9:37 am | Court in session. Jury Note 7 received and responded to. |
| 9:43 am | Court in recess. |
| 10:48 am | Court in session. Jury Note 8 received and responded to. |
| 10:55 am | Court in recess. |
| 11:04 am | Jury Note 9 received and responded to. |
| 11:10 am | Court in recess. |
| 11:17 am | Verdict received as to Hadi Akkad (2). Not guilty on Count 2. Mistrial as to Count 1. As to Edward Vaughan (2), mistrial.    Jury affirmed the verdict and dismissed. |
| 11:23 am | Defense motion for acquittal denied. Court is in recess. |

DAVID O'TOOLE, CLERK

BY: *Debbie McCord*

CASE NO.  4:22CR162     DATE: 4/14/2025
PAGE 2  - PROCEEDINGS CONTINUED:

Courtroom Deputy Clerk