# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   No. 4:22-CR-162 |
| v. | §   Judge Mazzant |
| | § |
| EDWARD WALSH VAUGHAN (1) | § |
| HADI AKKAD (2) | § |

### ORDER SETTING PRETRIAL CONFERENCE AND TRIAL

The Court resets this matter for Final Pretrial Conference and Trial before the undersigned as follows:

| EVENT | DEADLINES |
|---|---|
| Final Pretrial Conference | **9:00 a.m. on Monday, May 12, 2025** at the Paul Brown United States Courthouse, 1st Floor Magistrate Courtroom, Sherman, Texas 75090 |
| Jury Selection/Trial | **Monday, May 12, 2025** at 10:00 a.m. with trial to begin immediately after jury is seated. |

**IT IS SO ORDERED**.

SIGNED this 21st day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE