IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR162 |
| | § | Judge Mazzant |
| EDWARD VAUGHAN | § | |
| HADI AKKAD | § | |

## **ORDER**

After considering the motion pending before the Court, the Court finds that it shall be GRANTED. A separate scheduling order will be issued.

It is so ORDERED.