# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § |
| | §   CASE NUMBER 4:22CR162 |
| EDWARD WALSH VAUGHAN (1) | § |
| HADI AKKAD (2) | § |

### ORDER DENYING MOTION TO CONTINUE TRIAL

Before the Court is the United States' Motion to Continue (Dkt. #414). The United States requests that this Court continue the trial currently scheduled for Monday, May 12, 2025. Having considered the Motion, the Court is of the opinion that said motion should be **DENIED**. There has been no good cause shown and based on the Court's busy docket, it is therefore,

**ORDERED** that Defendant's Motion to Continue Trial (Dkt. #414) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 28th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE