IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR162 |
| | § | Judge Mazzant |
| EDWARD VAUGHAN, et al. | § | |

## **ORDER**

Before the Court is the Government's Motion for to Strike Surplusage. The Court finds that the Motion is well taken.

It is so ORDERED.