IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR162 |
| | § | Judge Mazzant |
| EDWARD VAUGHAN, et al. | § | |

## ORDER

Before the Court is the Government's Unopposed Motion to Strike Surplusage (Dkt. #436). The Court finds that the Motion is well taken and is hereby GRANTED.

**IT IS SO ORDERED.**

**SIGNED this 9th day of May, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE