# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/13/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |
| Movant: USA Bank, NA and Elavon, Inc. | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 1 |
|---|---|
| 8:53 a.m. | Court in session. Court notes appearances. |
| 8:58 a.m. | Court hears from John Cline regarding the Motion in Limine issue with the declination and the memo. Parties clarify. |
| 9:03 a.m. | Jury seated. |
| 9:04 a.m. | Court reads preliminary instructions to the jury. |
| 9:14 a.m. | AUSA Anand Varadarajan begins opening statement. |
| 9:41 a.m. | Defendant Edward Vaughan's counsel, John Cline begins opening statement. |
| 10:03 a.m. | Defendant Hadi Akkad's counsel, David Gerger begins opening statement. |
| 10:30 a.m. | Jury excused. |
| 10:31 a.m. | Rule invoked by Government. |
| 10:31 a.m. | Court notes that exhibits from the previous trial are pre-admitted. AUSA Varadarajan advises the parties have agreed to the admission of Government Exhibits 164A, 164B, 165, 166, 167,168A, 168B. No objection. Exhibits admitted. |
| 10:32 a.m. | Court recess. |

CASE NO.  4:22CR162     DATE: 5/13/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 1 |
|---|---|
| 10:48 a.m. | Jury seated.  Court advises jury of pre-admitted exhibits. |
| 10:50 a.m. | AUSA Anand Varadarajan calls Angela Gurley.  Witness placed under oath.  AUSA Varadarajan begins direct examination. |
| 11:02 a.m. | AUSA Varadarajan refers witness to Government Exhibits 138A, 138B, 217, 142, 162A, 162B, 138B, 240, 128A, 128B, 129, 129B, 242, |
| 12:09 p.m. | Defendant Edward Vaughan's counsel, Joe Brown begins cross examination. |
| 12:15 p.m. | Defendant Edward Vaughan's counsel, Joe Brown refers witness to Defendant Exhibits 624, 11, 43, 90. |
| 12:30 p.m. | Jury excused.  Court recess for lunch. |
| 1:39 p.m. | Court re-convened.  Jury seated.  Counsel Brown continues cross examination. |
| 1:49 p.m. | Counsel Brown offers Defendant Exhibits 674, 675, 675A. No objection. Exhibits admitted. |
| 2:03 p.m. | Counsel Brown refers witness to Defendant Exhibits 120, 320. |
| 2:11 p.m. | Bench conference. |
| 2:12 p.m. | Pass the witness. Hadi Akkad's counsel, Jeff Kearney begins cross examination. |
| 2:22 p.m. | AUSA Anand Varadarajan re-direct examination. |
| 2:31 p.m. | Witness released. |
| 2:32 p.m. | AUSA Anand Varadarajan calls Daniel Sloan. Witness placed under oath. Counsel continues direct examination. |
| 2:49 p.m. | AUSA Anand Varadarajan refers witness to Government Exhibit 142. |
| 2:49 p.m. | Defendant Edward Vaughan's counsel, Joe Brown begins cross examination. |
| 3:06 p.m. | Hadi Akkad's counsel, Jeff Kearney begins cross examination. |
| 3:14 p.m. | Witness excused. |
| 3:15 p.m. | Jury excused. |
| 3:15 p.m. | Court recess. |
| 3:31 p.m. | AUSA Anand Varadarajan calls FBI Special Agent, Jason Rennie.  Witness placed under oath. Counsel Varadarajan begins direct examination. |
| 3:44 p.m. | Bench conference. |

CASE NO.   4:22CR162        DATE: 5/13/2025
PAGE 3 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 1 |
|---|---|
| 3:45 p.m. | AUSA Varadarajan continues direct examination. AUSA Anand Varadarajan refers witness to Government Exhibit 120. AUSA Anand Varadarajan offers Government Exhibit 120A. Government withdraws Exhibit 120A. |
| 4:05 p.m. | AUSA Varadarajan refers witness to Exhibit 240, 138B. |
| 4:20 p.m. | Bench conference. |
| 4:22 p.m. | AUSA Varadarajan refers witness to Exhibit 555, for demonstrative purposes. |
| 4:23 p.m. | AUSA Varadarajan refers witness to Exhibit 501, for demonstrative purposes. |
| 4:25 p.m. | AUSA Varadarajan refers witness to Exhibit 138A, 502 (for demonstrative purposes), 138B, 162B, |
| 4:51 p.m. | AUSA Varadarajan offers 272, 273, 274. No objection. Exhibits admitted. |
| 4:56 p.m. | AUSA Varadarajan offers 273A. No objection. Exhibit admitted. |
| 4:59 p.m. | Jury released. |
| 4:59 p.m. | Court hears from Counsel Cline regarding constructive amendment argument. Court indicates the Court's ruling will not change. Court advises Government counsel regarding summary witness. |
| 5:02 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk