# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/14/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |
| Movant: USA Bank, NA and Elavon, Inc. | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 2 |
|---|---|
| 9:24 a.m. | Court in session. Court notes appearances. |
| 9:25 a.m. | Jury seated. |
| 9:25 a.m. | Agent Rennie is reminded he is still under oath. AUSA Varadarajan continues direct examination of Agent Rennie. |
| 9:31 a.m. | AUSA Varadarajan refers witness to Government Exhibits 273, 273A, 274, 166, 167, 164A, 164B, 136A, 136B, 233. |
| 10:41 a.m. | Defendant Edward Vaughan's counsel, John Cline begins cross examination. Counsel directs witness to Defendant's Exhibit 684. Counsel Cline moves for admission of Defendant's Exhibit 684. No objection. Exhibit admitted. |
| 10:59 a.m. | Jury excused. Court recess. |
| 11:14 a.m. | Court re-convened. Counsel John Cline continues cross examination. |
| 11:31 a.m. | Defendant Hadi Akkad's counsel, David Gerger begins cross examination. |
| 11:35 a.m. | Defendant Hadi Akkad's counsel, David Gerger offers Defendant's Exhibit 683. No objection. Exhibit admitted. |

CASE NO.   4:22CR162   DATE: 5/14/2025
  PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 2 |
|---|---|
| 11:38 a.m. | Defendant Hadi Akkad's counsel, David Gerger refers witness to Defendant's Exhibit 654, Government Exhibit 233, Defendant Exhibits 633, 609, 178, 10, 386, 1004A, 385. |
| 12:32 p.m. | Jury excused for lunch. |
| 12:33 p.m. | Court recess for lunch. |
| 1:30 p.m. | Defendant Hadi Akkad's counsel, David Gerger continues cross examination and refers witness to Defendant's Exhibits 385, 654. |
| 1:40 p.m. | AUSA Anand Varadarajan begins re-direct examination. |
| 1:42 p.m. | AUSA Anand Varadarajan refers witness to Government Exhibits 202, 205, Defendant's Exhibits 609, 654. |
| 1:51 p.m. | Counsel Gerger re-cross examination and refers witness to Defendant's Exhibit 55 (notice only*) but parties will follow up on its full admission.  Counsel Gerger refers witness to Defendant's Exhibits 385, 633, 10. |
| 2:01 p.m. | AUSA Anand Varadarajan begins re-direct examination and refers witness to Defendant's Exhibit 55. |
| 2:02 p.m. | AUSA Varadarajan calls Eric Jiles.  Witness placed under oath.  Counsel begins direct examination. |
| 2:07 p.m. | AUSA Varadarajan refers witness to Government Exhibit 133A. |
| 2:19 p.m. | AUSA Varadarajan offers Government Exhibit 130A and 130b.  No objection.  Exhibits admitted. |
| 2:33 p.m. | Defendant Hadi Akkad's counsel, David Gerger cross examination.  Counsel refers witness to Government Exhibit 133A, 133B, |
| 2:46 p.m. | Counsel Gerger offers Defendant Exhibits 667 - 673 . Government objects as to hearsay and the topics are not a permissible exception to the hearsay rule.  After argument of counsel, the Court sustained the objection. |
| 2:49 p.m. | Counsel refers witness to Defendant's Exhibit 648. |
| 3:00 p.m. | Gerger offers Defendant Exhibit *unnumbered*.  Government objects to hearsay and not properly authenticated.  Counsel Gerger offers for notice only.  Government objects to hearsay and that foundation has not been laid as to authentication. |
| 3:00 p.m. | Bench conference. |
| 3:02 p.m. | Counsel Gerger offers Defendant Exhibit 597 (entire tape) and then clips 597A, 597(B) transcript.  No objection.  Exhibit admitted. |

| TIME: | MINUTES: Jury Trial - Day 2 |
|---|---|
| 3:14 p.m. | Defendant Edward Vaughan's counsel, Samuel Ford begins cross examination. |
| 3:19 p.m. | Counsel Varadarajan re-direct examination. |
| 3:21 p.m. | Counsel Gerger re-cross examination. |
| 3:24 p.m. | Witness excused.   Jury excused. |
| 3:25 p.m. | Jury excused.  Court recess. |
| 3:43 p.m. | Court re-convened.  Jury seated. |
| 3:44 p.m. | AUSA Varadarajan calls Lowell Thomas.  Witness placed under oath.  Counsel begins direct examination. |
| 4:01 p.m. | Defendant Hadi Akkad's counsel, Jeff Kearney begins cross examination. |
| 4:07 p.m. | Defendant Edward Vaughan's counsel, Samuel Ford begins cross examination. |
| 4:11 p.m. | Defendant Edward Vaughan's counsel, Samuel Ford offers Defendant Exhibit 443, pgs. 4 and 5 *notice only*, Defendant Exhibit 181 *notice only*, Exhibit 228 *notice only* |
| 4:23 p.m. | Counsel Varadarajan re-direct examination. |
| 4:25 p.m. | Defendant Hadi Akkad's counsel, Jeff Kearney begins cross examination. |
| 4:27 p.m. | Pass the witness.  AUSA Glenn Roque-Jackson calls Gregory Schubert.  Witness placed under oath.  Counsel Jackson begins direct examination. |
| 4:37 p.m. | AUSA Glenn Roque-Jackson refers witness to Government Exhibit 185. |
| 4:54 p.m. | Defendant Hadi Akkad's counsel, Jeff Kearney begins cross examination. |
| 5:00 p.m. | Defendant Edward Vaughan's counsel, Samuel Ford begins cross examination. Defendant Edward Vaughan's counsel, Samuel Ford refers witness to Government Exhibit 185. |
| 5:03 p.m. | Witness excused. |
| 5:05 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: _Keary Conrad_
Courtroom Deputy Clerk