IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD WALSH VAUGHAN (1)<br><br>HADI AKKAD (2) | Case No. 4:22-cr-00162-ALM-BD |

## DEFENDANTS' RENEWAL OF MOTION FOR MISTRIAL (DOC. 355) BASED ON CONSTRUCTIVE AMENDMENT OF THE FIRST SUPERSEDING INDICTMENT

Defendants Vaughan and Akkad renew their motion for mistrial (Doc. 355) based on constructive amendment of the first superseding indictment by addition of the "double charge" or ".15/.2% card brand fee" theory--the theory that defendants defrauded ETS' customers by charging the card brand fee--typically .15% or .20%--in addition to the offline debit fee of .3% for offline debit transactions. Defendants adopt the argument and reasoning from their initial motion. Defendants renew the motion now principally based on the government's opening statement and the testimony of Agent Jason Rennie, Eric Jiles, and Lowell Thomas, all of which emphasized the "double charge" or ".15/.2% card brand fee" theory.

We recognize that the Court has held that the "double charge" or ".15/.2% card brand fee" theory does not amount to a constructive amendment of the indictment. We renew the motion for mistrial to ensure the record is preserved in the event of a conviction at the

second trial.

Dated:  May 15, 2025.

Respectfully submitted,

*/s/ Joseph Brown*
JOSEPH D. BROWN
Texas Bar No. 00793413
Joe Brown, Attorney
100 N. Travis, Suite 205
Sherman, TX 75090
Phone: (903) 487-4700
Fax: (903) 421-9440
Email: joe@joebrown.law

*/s/ John D. Cline*
John D. Cline
Law Office of John D Cline
600 Stewart Street
Suite 400
Seattle, WA 98101
Phone: (360) 320-6435
Email: cline@johndclinelaw.com

*/s/ Samuel M. Ford*
Samuel M. Ford
Williams & Connolly LLP
680 Maine Ave. S.W.
Washington, DC 20024
Phone: (202) 434-5000
Email: sford@wc.com
**COUNSEL FOR EDWARD WALSH VAUGHAN**

*/s/ David Gerger*
David Gerger
dgerger@ghmfirm.com

2

        TX Bar No. 07816360
Heather Peterson
hpeterson@ghmfirm.com
TX Bar No. 24007834
GERGER, HENNESSY
MARTIN & PETERSON LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax

*/s/ Jeff Kearney*
Jeff Kearney
jkearney@kearneylawfirm.com
TX Bar No. 11139500
*/s/ Catherine Stanley*
Catherine Stanley
cstanley@kearneylawfirm.com
TX Bar No. 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
(817) 336-5600
(817) 336-5610 (fax)
**COUNSEL FOR HADI AKKAD**

## CERTIFICATE OF SERVICE

I hereby certify this Motion was electronically filed on May 15, 2025, and all counsel was electronically served via this Court's Electronic Filing System on the day of filing.

        */s/ John D. Cline*
        John D. Cline