# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD WALSH VAUGHAN (1)<br><br>HADI AKKAD (2)<br><br>GINA ELLINGSEN (6) | Case No. 4:22-cr-00162-ALM-KPJ |

## ORDER GRANTING DEFENDANTS' JOINT MOTION FOR MISTRIAL BASED ON CONSTRUCTIVE AMENDMENT OF THE SUPERSEDING INDICTMENT

Defendants' Joint Motion for Mistrial Based on Constructive Amendment of the Superseding Indictment is GRANTED.

IT IS SO ORDERED.