# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:22-cr-162 |
| § | Judge Mazzant |
| EDWARD WALSH VAUGHAN (1) § | |
| HADI AKKAD (2) § | |

## ORDER

Pending before the Court is Defendants' Renewal of Motion for Mistrial Based on Constructive Amendment of the First Superseding Indictment (Dkt. #445). Having considered the Motion, the relevant pleadings, and the applicable law, the Court finds that the Motion should be **DENIED**.

On May 15, 2025, Defendants filed a Renewed Motion for Mistrial based on the same arguments raised during the first trial of this case (Dkt. #355; Dkt. #445). Defendants present no new arguments in this Motion and rely on the same arguments raised in their prior Motion (*Compare* Dkt. #355, *with* Dkt. #445). The Court finds the instant Motion should be denied for the reasons articulated in its prior Order (Dkt. #364).

It is therefore **ORDERED** that Defendants' Renewal of Motion for Mistrial Based on Constructive Amendment of the First Superseding Indictment (Dkt. #445) is hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 15th day of May, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE