# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/16/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |
| Movant: USA Bank, NA and Elavon, Inc. | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 4 |
|---|---|
| 9:02 a.m. | Court in session, jury seated. |
| 9:04 a.m. | Govt witness: Sean Lynch, reminded he is still under oath. David Gerger continues cross examination. |
| 9:19 a.m. | Defendant Exhibits 55, 640, 1059, 1048, 242, 83, 174, 200, 205, 654. Government Exhibit 152. |
| 10:30 a.m. | Jury excused. Court recess. |
| 10:45 a.m. | Court re-covened. Jury seated. David Gerger cross. |
| 10:52 a.m. | Defendant Exhibit 644. |
| 10:53 a.m. | John Cline cross examination. |
| 10:59 a.m. | Glenn Roque-Jackson re-direct. |
| 11:07 a.m. | David Gerger re-cross. Defendant Exhibit 1048A |
| 11:14 a.m. | Glenn Roque-Jackson re-direct. |
| 11:14 a.m. | Witness excused. |
| 11:14 a.m. | Stipulation read into the record by AUSA Glenn Roque-Jackson. |

CASE NO.   4:22CR162     DATE: 5/16/2025

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 4 |
|---|---|
| 11:15 a.m. | Govt witness: Ralph "Alex" Elmore, IV, sworn.  AUSA Jackson direct examination. |
| 11:24 a.m. | Government exhibit 146. |
| 11:26 a.m. | John Cline cross examination. |
| 11:35 a.m. | Roque-Jackson re-direct. |
| 11:35 a.m. | Bench conference. |
| 11:38 a.m. | Witness excused. |
| 11:39 a.m. | Govt witness: Karen Hottle, sworn.  AUSA Jackson direct. |
| 12:14 p.m. | Witness excused. |
| 12:14 p.m. | Govt witness: Laurie Sheehan, sworn.  AUSA Varadarajan direct. |
| 12:21 p.m. | Government Exhibit 137B, 124B. |
| 12:30 p.m. | Jury excused.  Court recess. |
| 1:34 p.m. | Court re-convened.  Jury seated. |
| 1:37 p.m. | AUSA Varadarajan direct of Laurie Sheehan continues.  Government Exhibits 124B, 123B, 122B. |
| 2:08 p.m. | Samuel Ford cross. Defendant Exhibit 634. No objection. Admitted. |
| 2:16 p.m. | Defendant Exhibit 642. No objection. Admitted. |
| 2:32 p.m. | AUSA Varadarajan re-direct.  Government Exhibits 124B and 123B. |
| 2:38 p.m. | Govt witness: Jonathon Dotson, sworn.  AUSA Varadarajan direct. |
| 2:48 p.m. | Government Exhibits 136A, 188. |
| 3:09 p.m. | Jury excused.  Court recess. |
| 3:26 p.m. | Court re-convened.  Jury seated. |
| 3:27 p.m. | AUSA Varadarajan continues direct. |
| 3:35 p.m. | Government Exhibit 220.  Counsel Ford requests for optional completeness that the entire email being Defendant's Exhibit 170 be admitted.  No objection.  Exhibits admitted. |
| 3:38 p.m. | Government Exhibit 180. |
| 3:43 p.m. | Samuel Ford cross examination. |
| 3:49 p.m. | Bench conference. |

CASE NO.   4:22CR162     DATE: 5/16/2025
PAGE 3 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 4 |
|---|---|
| 3:57 p.m. | Samuel Ford cross examination. |
| 3:58 p.m. | Jury excused. |
| 4:00 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk