IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD WALSH VAUGHAN (1)<br><br>HADI AKKAD (2) | Case No. 4:22-cr-00162-ALM-BD |

**DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION
CONCERNING THE DEFINITIONS OF "DEBIT CARD"
AND "GENERAL-USE PREPAID CARD"**

Defendants, through undersigned counsel, respectfully submit the following proposed jury instruction concerning the definitions of "debit card" and "general-use prepaid card."  This instruction supplements the instructions defendants have previously proposed.  Docs. 310, 365 (renewed at Doc. 426).  We reserve the right to supplement or modify these instructions in light of further developments during trial.

Dated:  May 18, 2025.

1

Respectfully submitted,

*/s/ Joseph Brown*
JOSEPH D. BROWN
Texas Bar No. 00793413
Joe Brown, Attorney
100 N. Travis, Suite 205
Sherman, TX 75090
Phone: (903) 487-4700
Fax: (903) 421-9440
Email: joe@joebrown.law

*/s/ John D. Cline*
John D Cline
Law Office of John D Cline
600 Stewart Street
Suite 400
Seattle, WA 98101
Phone: (360) 320-6435
Email: cline@johndclinelaw.com

*/s/ Samuel M. Ford*
Samuel M. Ford
Williams & Connolly LLP
680 Maine Ave. S.W.
Washington, DC 20024
Phone: (202) 434-5000
Email: sford@wc.com

**COUNSEL FOR EDWARD WALSH VAUGHAN**

*/s/ David Gerger*
David Gerger
dgerger@ghmfirm.com
TX Bar No. 07816360
Heather Peterson
hpeterson@ghmfirm.com
TX Bar No. 24007834
GERGER, HENNESSY
MARTIN & PETERSON LLP

2

        700 Louisiana, Suite 2300
        Houston, Texas 77002
        713.224.4400 – Telephone
        713.224.5153 – Fax

        */s/ Jeff Kearney*
        Jeff Kearney
        jkearney@kearneylawfirm.com
        TX Bar No. 11139500
        */s/ Catherine Stanley*
        Catherine Stanley
        cstanley@kearneylawfirm.com
        TX Bar No. 24110542
        KEARNEY LAW FIRM
        One Museum Place
        3100 West 7th Street, Suite 420
        Fort Worth, Texas 76107
        (8l7) 336-5600
        (817) 336-5610 (fax)

        **COUNSEL FOR HADI AKKAD**

## CERTIFICATE OF SERVICE

I hereby certify this Motion was electronically filed on May 18, 2025, and all counsel was electronically served via this Court's Electronic Filing System on the day of filing.

        */s/ John D. Cline*
        John D. Cline

## DEFENDANTS' SUPPLEMENTAL PROPOSED INSTRUCTION
## (Definition of "Debit Card" and "General-Use Prepaid Card")

The term "debit card" includes any general-use prepaid card. A "general-use prepaid card" means a card that is issued on a prepaid basis in a specified amount, whether or not that amount may be increased or reloaded, in exchange for payment, and that is redeemable upon presentation at multiple, unaffiliated merchants for goods or services.[1]

_____Granted          _____Denied

---

[1] "*Debit card* (1) Means any card, or other payment code or device, issued or approved for use through a payment card network to debit an account, regardless of whether authorization is based on signature, personal identification number (PIN), or other means, and regardless of whether the issuer holds the account, and (2) Includes any general-use prepaid card; and (3) Does not include--(i) Any card, or other payment code or device, that is redeemable upon presentation at only a single merchant or an affiliated group of merchants for goods or services; or (ii) A check, draft, or similar paper instrument, or an electronic representation thereof."  12 C.F.R. § 235.2(f)(2) (Federal Reserve regulation implementing the Durbin debit amendment); *see id*. § 235.2(i) (definition of "general-use prepaid card").