# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:** 5/19/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |
| Movant: USA Bank, NA and Elavon, Inc. | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 5 |
|---|---|
| 9:04 a.m. | Court in session, jury seated. |
| 9:08 a.m. | Witness Dotson reminded he is still under oath. Samuel Ford cross examination of Jonathon Dotson. |
| 9:09 a.m. | Government Exhibit 135A, Defendant's Exhibit 1A, |
| 9:30 a.m. | Samuel Ford cross. |
| 9:48 a.m. | Jeff Keary cross. |
| 9:57 a.m. | AUSA Varadarajan redirect. |
| 9:59 a.m. | Government Exhibit 137A, p. 1, 223.7 |
| 10:06 a.m. | Samuel Ford re-cross. |
| 10:08 a.m. | AUSA Varadarajan redirect. |
| 10:09 a.m. | Witness excused. |
| 10:09 a.m. | AUSA Varadarajan re-calls Jason Rennie. Witness is reminded he is still under oath. AUSA Varadarajan direct examination. Government Exhibit 233. |

| TIME: | MINUTES: Jury Trial - Day 5 |
|---|---|
| 10:13 a.m. | AUSA Varadarajan offers 237.  Defendants do not object for demonstrative purposes, but object to it being a trial exhibit. |
| 10:15 a.m. | Bench conference. |
| 10:15 a.m. | Government Exhibit 237.  AUSA Varadarajan offers Government Exhibit 237, pg. 3 separately. Admitted. Government Exhibit 237, pg. 6, admitted. |
| 10:23 a.m. | Government Exhibit 238. |
| 10:28 a.m. | Government Exhibits 267, 268, 269, 270 offered and admitted. |
| 10:49 a.m. | Government Exhibit 185. |
| 10:49 a.m. | Jury excused.  Court recess. |
| 11:08 a.m. | Court re-convened.  Jury seated. |
| 11:08 a.m. | Govt witness: Jason Rennie, reminded still under oath.  AUSA Varadarajan direct examination. |
| 11:10 a.m. | Government Exhibits, 185, 181, 180, 182. |
| 11:20 a.m. | Court hears from Defendant Akkad's counsel, David Gerger who, for purposes of optional completeness offers Defendant's Exhibit 178 which includes the response.  AUSA Varadarajan advises that that is also Government Exhibit 182. |
| 11:20 a.m. | Government Exhibits 250, 251 offered.  Objection on relevance. |
| 11:21 a.m. | Bench conference. |
| 11:22 a.m. | Objection overruled.  250, 251 are admitted. |
| 11:32 a.m. | Government Exhibits 170, 252 (and Defendant's Exhibit 1212), 174, 221, 208. |
| 11:46 a.m. | Witness excused. |
| 11:48 a.m. | Govt witness: Dane Womble, sworn. AUSA Jackson direct examination. |
| 12:04 p.m. | Government Exhibit 209.  Defendant's Exhibit 658 offered.  No objection. Admitted. Defendant's Exhibit 658 is admitted. Government Exhibit 266 offered.  No objection.  Admitted.  Defendant's Exhibit 659 offered.  No objection.  Admitted. |
| 12:30 p.m. | Pass the witness. |
| 12:30 p.m. | Jury excused. Court recess for lunch. |
| 1:33 p.m. | Court re-convened.  Jury seated. |
| 1:33 p.m. | Joe Brown cross examination. |

CASE NO.   4:22CR162    DATE: 5/19/2025
   PAGE 3 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 5 |
|---|---|
| 1:35 p.m. | Defendant's Exhibits 548, 628, 625. Defendant Exhibit 626 offered. No objection. Admitted. |
| 2:01 p.m. | Defendant Exhibit 547 offered. No objection. Admitted. |
| 2:17 p.m. | Witness excused. |
| 2:17 p.m. | Govt witness: Special Agent, Ronald Leazer, sworn. AUSA Varadarajan direct examination. |
| 2:23 p.m. | Government Exhibits 225, 226, 227. |
| 2:36 p.m. | Government offered 236. No objection. Admitted. |
| 2:36 p.m. | Government Exhibit 235. |
| 2:50 p.m. | David Gerger cross examination. |
| 2:56 p.m. | Govt witness: Jason Rennie, reminded still under oath. AUSA Varadarajan direct examination. |
|  | Government Exhibit 195. |
| 3:04 p.m. | Government offers Exhibit 264. No objetion. Exhibit 264 admitted. |
| 3:09 p.m. | Government offers Exhibit 265. No objetion. Exhibit 265 admitted. |
| 3:13 p.m. | Government Exhibit 175. |
| 3:23 p.m. | Government Exhibit 189. |
| 3:26 p.m. | Government Exhibit 245 offered. Defendant re-urges prior objection. Exhibit admitted. |
| 3:28 p.m. | Government Exhibit 243 offered. No objection. Admitted. |
| 3:30 p.m. | Bench conference. |
| 3:29 p.m. | John Cline cross examination. |
| 3:34 p.m. | David Gerger cross examination. |
| 3:38 p.m. | Government Exhibit 237. Defendant Exhibit 1A. |
| 3:54 p.m. | AUSA Varadarajan redirect examination. |
| 3:58 p.m. | David Gerger re-cross examination. |
| 3:59 p.m. | Government rests. |
| 4:00 p.m. | Jury excused. |
| 4:00 p.m. | Court hears from John Cline regarding judgment of acquittal. David Gerger same motion for insufficient evidence. Court denies motions. |

CASE NO.   4:22CR162     DATE: 5/19/2025
PAGE 4  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 5 |
|---|---|
| 4:01 p.m. | Defendants advise they should finish the case tomorrow.  Gerger advises it could go into Wednesday afternoon. |
| 4:04 p.m. | AUSA Roque-Jackson objects to Gina Ellingsen being called as a witness. Parties discuss Ellingsen's testimony. |
| 4:08 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk