# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>EDWARD WALSH VAUGHAN (1),<br>HADI AKKAD (2)<br>    Defendants. | Case No. 4:22-cr-00162-ALM-KPJ |

## ORDER

Upon consideration of Defendants' Joint Motion for Leave to Make Certain Arguments in Closing and the entire record in this case, it is hereby ORDERED that the motion is granted; and it is further ORDERED that in closing the parties may (1) argue that particular portions of the indictment do or do not allege the "double charge" or ".15/.2% card brand fee" theory, and (2) argue that the jury should reject or accept the "double charge" or ".15/.2% card brand fee" theory based (among other reasons) on what the indictment alleges.