# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/20/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 6 |
|---|---|
| 9:13 a.m. | Court in session, jury seated. |
| 9:14 a.m. | Defense witness: David Leppek, sworn. John Cline direct examination. |
| 9:40 a.m. | Defendant's Exhibits 642, 649, 650. |
| 9:51 a.m. | Bench conference. |
| 9:54 a.m. | John Cline direct examination. Government Exhibit 50. |
| 10:01 a.m. | AUSA Varadarajan begins cross examination. |
| 10:07 a.m. | Witness excused. |
| 10:08 a.m. | Defense witness: Paul Walker, sworn. Samuel Ford direct examination. |
| 10:17 a.m. | Defendant Exhibit 655. |
| 10:26 a.m. | Defense witness: Marie Miller, sworn. David Gerger direct examination. |
| 10:33 a.m. | Defendant Exhibit 692. |
| 10:40 a.m. | Bench conference. |
| 10:43 a.m. | AUSA Jackson begins cross examination. |
| 10:49 a.m. | Government Exhibit 233. |

CASE NO.  4:22CR162     DATE: 5/20/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 6 |
|---|---|
| 10:51 a.m. | Defendant's Exhibit 692. |
| 10:52 a.m. | Witness excused. |
| 10:52 a.m. | Jury excused. |
| 10:54 a.m. | Court inquires regarding remaining witnesses and testimony. |
| 10:55 a.m. | Court recess. |
| 11:13 a.m. | Court re-convened. |
|  | Court hears from Defendant's counsel, John Cline who moves for the admission of all exhibits entered from the last trial; Court hears from Defendant's counsel, Gerger about disclosure exhibits and their admission. |
| 11:13 a.m. | Jury seated. |
| 11:14 a.m. | Defense witness: Angela Gurley, sworn.  Joe Brown direct. |
| 11:16 a.m. | Defendant Exhibit 674. |
| 11:22 a.m. | Counsel Brown offers Defendant Exhibits 688, 688A, 689, 689A, 690, 690A and 693. No objection.  Admitted. |
| 11:27 a.m. | AUSA Varadarajan cross examination.  Government Exhibits 138A, 138B. |
| 11:31 a.m. | Defense witness: Cary Westmark, sworn. Joe Brown direct examination. |
| 11:45 a.m. | Defendant's Exhibit 27 offered. No objection.  Exhibit admitted. |
| 11:52 a.m. | Defendant's Exhibit 53. No objection. Exhibit admitted. |
| 11:55 a.m. | AUSA Jackson begins cross examination. |
| 11:56 a.m. | Witness excused. |
| 11:56 a.m. | Counsel David Gerger moves into evidence various exhibits 80, 163, 187, 427 for purpose of notice only. |
|  | Exhibit 687 disclosures to customers. No objection.  Admitted. |
| 11:58 a.m. | Counsel Kearney moves to admit 691 - chart during Dotson's testimony as a 1006 chart exhibit.  No objection.  Admitted. |
| 11:58 a.m. | Testimony of Ryan Hicks from prior proceeding.  Sworn testimpny.  Ford is going to play the part of Mr. Hicks and Cline and Gerger will ask questions. |
| 11:59 a.m. | Counsel(s) proceed with reading testimony of Ryan Hicks.  Defendant's Exhibit 39.  Defendant's Exhibit 43. |

| TIME: | MINUTES: Jury Trial - Day 6 |
|---|---|
| 12:23 p.m. | Bench conference. |
| 12:24 p.m. | Defendant Vaughan rests.  Defendant Akkad rests. |
| 12:24 p.m. | Govt witness: Jason Rennie, sworn. AUSA Varadarajan direct. |
| 12:27 p.m. | Defendant's Exhibit 27. |
| 12:29 p.m. | AUSA Varadarajan offers Government Exhibits 124C, D, and E.  No objection. Admitted. Defendant's Exhibit 7. |
| 12:33 p.m. | Witness excused.  Government rests.  Government closes.  Defendants close. |
| 12:35 p.m. | Jury released for lunch. |
| 12:37 p.m. | No objections to the charge by the Government. |
| 12:38 p.m. | John Cline incorporates first trial objections to charge.  Counsel Cline refers to similar acts section of the instructions and requests modifications.  Cline further argues regarding pleas of non testifying witnesses (Hall and Nguyen). Court will strike their plea agreements.  Cline refers to Defense motion #452. |
| 12: 51 p.m. | Court recess. |
| 1:44 p.m. | Court re-convened.   Jury seated. |
| 1:46 p.m. | AUSA Jackson begins closing argument. |
| 2:12 p.m. | John Cline begins closing argument. |
| 2:48 p.m. | David Gerger begins closing argument. |
| 3:04 p.m. | Jeff Kearney begins closing argument. |
| 3:26 p.m. | Jury excused. Court recess. |
| 3:39 p.m. | Court re-convened.  Jury seated. |
| 3:39 p.m. | AUSA Vardarajan concludes argument. |
| 4:07 p.m. | Objection (Cline). |
| 4:07 p.m. | AUSA Vardarajan concludes argument. |
|  | Objection (Gerger) |
|  | AUSA Vardarajan concludes argument. |
|  | Objection (Gerger) |

| TIME: | MINUTES: Jury Trial - Day 6 |
|---|---|
| 4:17 p.m. | Argument concludes. |
| 4:17 p.m. | Bench conference request (Gerger). |
| 4:19 p.m. | Court reads charge to the jury. |
| 4:47 p.m. | Court adjourned.  Jury will return at 9:00 a.m. for deliberations. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
         Courtroom Deputy Clerk