

# United States of America

# v.

# Edward Walsh Vaughan (1)

# Hadi Akkad (2)

4:22CR162

Chief Judge Amos Mazzant

# Hidden Fees

# Crooked Corporate Concealment

# PERMISSIBLE TOOLS FOR JURY'S DECISION

1. Law
2. Evidence
3. Common sense



Conspiracy

Wire Fraud

# Conspiracy

- Agreement to commit wire fraud  [AGREEMENT]

- Knew the unlawful purpose [KNOWLEDGE]

- Joined in the agreement willfully, with the intent to further the unlawful purpose [INTENT]

# Conspiracy

- ✓ Intentionally joining on one occasion – Sufficient to convict

# Intent

Central issue

What does common sense say about the defendant's intent

# Documentary Evidence

| Emails | Financial records | Contracts | Billing statements | Call records |
|---|---|---|---|---|
|  |  |  |  |  |

| Database logins | Real estate records | Vehicle purchase records | Aircraft purchase records | Jewelry purchase records |
|---|---|---|---|---|
|  |  |  |  |  |

# Witnesses

Merchant clients



ETS contractors



Financial analyst



Law enforcement



Co-conspirators



Purchasing company



# Layers of the Fraud Scheme

1. 30 bps does not appear in the agreement
2. 30 bps appears, double billed with discount rate
3. 30 bps charged on prepaid transactions
4. Revenue sharing with partners

# Hidden Fee Wire Fraud Conspiracy Scheme
## .3% or 30 basis points (bps)

| ADDED TO DEBIT | ADDED TO PREPAID | COMBINED WITH CREDIT | KEPT FROM PARTNERS |
|---|---|---|---|
| Markup not shown in the merchant agreement for offline debit<br><br>Victims: Sherman, City of Ogden, United Way, Red Cross | Markup not shown in the merchant agreement for prepaid transactions<br><br>Victims: 7000+ | Markup shown in the agreement for offline debit, but combined with another markup for credit<br><br>Victims: 7000+ | Full merchant client pricing not shown to business partners and revenue not shared<br><br>Tyler Technology |

# Hidden Fees

# Crooked Corporate Concealment



# United States of America

# v.

# Edward Walsh Vaughan (1)

# Hadi Akkad (2)

4:22CR162

Chief Judge Amos Mazzant