

# United States of America

# v.

## Edward Vaughan and Hadi Akkad

4:22CR162

Chief Judge Amos Mazzant

*Choices*

# Choices - Intent

## BUSINESS CHOICES

- Advertise themselves as Interchange cost-plus

- Send cost-comparisons without the full disclosure

- Train employees incorrectly

- Send marketing materials without the full disclosure

- Ignore customer complaints about the disclosures

- Not change any practices in response to the lawsuit or the complaints

## TECHNICAL CHOICES WITH TSYS

- Hide the markup in interchange

- Not disclose that the .3 was hidden in interchange

- Not put the full rate for offline debit on one line in the merchant contract or the Plan Summary Section

- Not break out the fees in the interchange section

- Not label the fees in the interchange section

- Not issue a statement disclosure, email, or general notice

# Reason and Common Sense

- "Based upon reason and common sense after careful and impartial consideration of all the evidence"

- "You are permitted to draw such reasonable inferences from the testimony and exhibits as you feel are justified in the light of common experience"

- "You may make deductions and reach conclusions that reason and common sense lead you to draw"

# Misrepresentations

A representation is **false** if:

- *It is "known to be untrue or is made with reckless indifference as to its truth of falsity"*

- *It "constitutes a half truth"*

- *It "effectively omits or conceals a material fact"*




# Effective Rate, Ineffective Defense

"You should consider that naivety, carelessness, negligence, or stupidity of a victim does not excuse criminal conduct, if any, on the part of the Defendants."

"The Government need not prove…that the alleged conspirators actually succeeded in accomplishing their unlawful objectives."

*Lies are not justified by pricing*

*Context-specific*

*Good deal? So what?*

# Employees

"The testimony of such a witness may alone be of sufficient weight to sustain a verdict of guilty."

- *Acknowledgement of the fraud*
- *Workplace environment*
- *Akkad and Vaughan in charge*

# The Coverup is Part of the Crime

# *The Power of Silence*

*Hidden Fees*

*Crooked Corporate Concealment*