IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>EDWARD WALSH VAUGHAN (1)<br>HADI AKKAD (2) | Case No. 4:22-cr-00162-ALM-BD |

## DEFENDANTS' RENEWAL OF PROFFERS

During the first trial, defendants Vaughan and Akkad made a series of proffers of evidence excluded under the Court's rulings. Those rulings are unchanged in the second trial. Defendants therefore renew the proffers of evidence set forth in Docs. 376 (Defendants' First Written Offer of Proof), 393 (Defendants' Supplement to First Written Offer of Proof), 395 (Defendants' Offer of Proof--Defense Exhibit 598), and 396 (Defendants' Second Written Offer of Proof). In addition, defendants renew their proffer of the Bateman memorandum. Doc. 335.

Dated: May 21, 2025.

Respectfully submitted,

*/s/ Joseph Brown*
JOSEPH D. BROWN
Texas Bar No. 00793413
Joe Brown, Attorney
100 N. Travis, Suite 205
Sherman, TX 75090
Phone: (903) 487-4700

Fax: (903) 421-9440
Email: joe@joebrown.law

*/s/ John D. Cline*
John D. Cline
Law Office of John D Cline
600 Stewart Street
Suite 400
Seattle, WA 98101
Phone: (360) 320-6435
Email: cline@johndclinelaw.com

*/s/ Samuel M. Ford*
Samuel M. Ford
Williams & Connolly LLP
680 Maine Ave. S.W.
Washington, DC 20024
Phone: (202) 434-5000
Email: sford@wc.com
**COUNSEL FOR EDWARD WALSH VAUGHAN**

*/s/ David Gerger*
David Gerger
dgerger@ghmfirm.com
TX Bar No. 07816360
Heather Peterson
hpeterson@ghmfirm.com
TX Bar No. 24007834
GERGER, HENNESSY MARTIN & PETERSON LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax

*/s/ Jeff Kearney*
Jeff Kearney
jkearney@kearneylawfirm.com
TX Bar No. 11139500
*/s/ Catherine Stanley*

2

Catherine Stanley
cstanley@kearneylawfirm.com
TX Bar No. 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
(8l7) 336-5600
(817) 336-5610 (fax)
**COUNSEL FOR HADI AKKAD**

## CERTIFICATE OF SERVICE

I hereby certify this document was electronically filed on May 21, 2025, and all counsel was electronically served via this Court's Electronic Filing System on the day of filing.

*/s/ John D. Cline*
John D. Cline