# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/21/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 7 |
|---|---|
| 9:00 a.m. | Jury arrives and begins deliberations. |
| 10:34 a.m. | Court convenes and notes receipt of Note #1 - Foreperson; Note #2. Court will collect orders from jurors for lunch. Court will notify jury that counsel will be gone for lunch from 12-1. |
| 10:36 a.m. | Court recess pending note or verdict. |
| 1:44 p.m. | Court re-convenes. Receipt of Note #3. Court indicates response. Gerger and Cline object and request further instruction. Government is no opposed. Court overrules objection and provides response. Court recess pending note or verdict. |
| 3:12 p.m. | Court re-convened. Court hears from David Gerger regarding additional copies of the indictment. Unless the jury makes the request the Court declines to send up additional copies based on counsel's request. The Government is opposed. |
| 3:15 p.m. | Court recess pending note or verdict. |
| 3:49 p.m. | Court re-convened. Court receives Note #4. Counsel Gerger requests the Court inquire from the jury "would further deliberations help you reach a verdict" Court reads the proposed response. No objection by Government. No objection by Defendants. Court recess pending note or verdict. |
| 5:04 p.m. | Court receives Note #5 (noted as note #4). Counsel Gerger moves for a mistrial. Court denies. |

CASE NO.  4:22CR162     DATE: 5/21/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 7 |
|---|---|
| 5:07 p.m. | Court inquires with parties regarding how to proceed.  Court hears from Counsel.  Government requests no Allen charge until jury comes back again. Cline joins Gerger's motion for mistrial. Gerger requests if the Allen charge is given that the Court consider the Parties be given an opportunity to argue the issue of the Allen Charge.  Government position - do nothing. Defendant will advise the Court of their position in the morning. |
| 5:15 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk