# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 5/22/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSAs Anand Varadarajan, GR Jackson | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Heather Peterson, Jeff Kearney (2) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 8 |
|---|---|
| 8:30 a.m. | Court convenes. Court hears from David Gerger who moves for a mistrial. Court denies. Gerger argues regarding last note from jury. Court hears argument from Government. Court denies request for Allen charge at this time. Court will not make modification to Allen charge if we get there. |
| 8:36 a.m. | Court recess. |
| 9:12 a.m. | Jury arrives and begins deliberations. |
| 11:12 a.m. | Court receives note 6 (labeled note #5). Defendant's counsel moves for a mistrial. Court advises will give the Allen charge and provide them with lunch. Defendant's counsel objects to Allen charge being given. Defendant's counsel moves for mistrial. Both parties join. Court denies. Court will give Allen charge. Court will not allow any argument regarding Allen charge. Counsel Gerger request the Court inquire from the jury if they believe that further deliberations will lead to a verdict instead of giving the Allen charge. Court denies that request. Defendant's objects. |
| 11:19 a.m. | Jury seated. |
| 11:21 a.m. | Court gives the Allen charge to the jury. |
| 11:24 a.m. | Court recess pending further note. |

CASE NO.  4:22CR162      DATE: 5/22/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial - Day 8 |
|---|---|
| 1:41 p.m. | Court re-convened.  Jury note #6.  Court presents response to the parties.  No objection by Government.  David Gerger objects to the first part of the question would ask to instruct that it must know what they have done.  Defendant's counsel requests additional instructions.  Court denies. |
| 5:10 p.m. | Court receives note #7.  Government requests more deliberations.  Defendants request mistrial.  Court declares mistrial. |
| 5:18 p.m. | Court recess. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk