IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWARD WALSH VAUGHAN,<br>Defendant. | Case No. 4:22-cr-00162-ALM-KPJ |

**ORDER**

The Court, upon consideration of Edward Walsh Vaughan's Motion to Modify Conditions of Release, the Court finds the motion should be GRANTED.

IT IS ORDERED that the requirement of a location monitoring bracelet with regard to Defendant Vaughan is withdrawn.