# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NUMBER 4:22-CR-00162 |
| | § | |
| EDWARD WALSH VAUGHAN, | § | |

## ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE

The Court, upon consideration of Edward Walsh Vaughan's Motion to Modify Conditions of Release (Dkt, #495), and the Government's unopposed response, finds the motion should be **GRANTED**.

The Court finds that condition of release #10 providing for "submission to location monitoring program, including location monitoring bracelet, with other restrictions at the discretion of Pretrial Services" should be removed. All other conditions of release remain in place, including travel restrictions and prohibited contact with witnesses.

IT IS SO ORDERED.

**SIGNED this 11th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE