IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR162 |
| | § | Judge Mazzant |
| EDWARD WALSH VAUGHAN (1) | § | |
| | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Edward Vaughan**, and the government have entered into a plea agreement in relation to the charges to an Indictment now pending before this Court.

Respectfully submitted,

JAY R. COMBS
Acting United States Attorney
Eastern District of Texas

*/s/ Anand Varadarajan*
ANAND VARADARAJAN
Assistant United States Attorney
Texas State Bar No. 24088576
101 East Park Boulevard, Suite 500
Plano, Texas 75074
972-509-1201
Fax: 972-509-1209
Email:  anand.varadarajan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via CM-ECF electronic filing to defense counsel on September 25, 2025.

*/s/Anand Varadarajan*
Anand Varadarajan