IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22CR162 |
| v. | § | Chief Judge Mazzant |
| | § | |
| EDWARD VAUGHAN | § | |

## FACTUAL BASIS

The defendant, **Edward Vaughan**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. The defendant, **Edward Vaughan**, who is entering a plea of guilty, is the same person charged in the Information.

2. That the events and conduct described in the Information occurred in the Eastern District of Texas and elsewhere.

3. During the offense, **Edward Vaughan** was the President of Electronic Transactions Systems ("ETS").

4. **Vaughan** committed wire fraud, a violation of 18 U.S.C. § 1343, by overcharging the City of Sherman, an ETS merchant client. In furtherance of the scheme to defraud the City of Sherman, in or around January 2019, **Vaughan** and others caused ETS to transmit to the City of Sherman by means of wire communication in interstate commerce a writing, sign, or signal related to the processing of payment card fees.

5. Among other acts, **Vaughan** and others: (1) misled the City of Sherman, using sales pitches, calls, and emails, into believing that ETS utilized a transparent pricing

structure with no "hidden" fees; and (2) did not disclose the true nature of ETS' pricing model.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 9/24/2025

_____
EDWARD VAUGHAN
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 9-24-25

_____
JOHN CLINE
Attorney for the Defendant