IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | No. 4:22CR162 |
| v. | § | Judge Mazzant |
| | § | |
| EDWARD VAUGHAN | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Information with a violation of 18 U.S.C. § 1343, Wire Fraud. The essential elements of the offense are as follows:

1. That defendant devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations or promises;

2. That defendant acted with the intent to defraud; and

3. That in advancing, furthering, or carrying out the scheme, defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

/s/ Anand Varadarajan
ANAND VARADARAJAN
Assistant United States Attorney
Texas State Bar No. 24088576
101 East Park Boulevard, Suite 500
Plano, Texas 75074
972-509-1201
Fax: 972-509-1209
Email: anand.varadarajan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this September 25, 2025.

*/s/ Anand Varadarajan*
ANAND VARADARAJAN
