IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:22CR162<br>Chief Judge Mazzant |
| EDWARD VAUGHAN | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. § 1343 (Wire Fraud)

In or around January 2019, in the Eastern District of Texas and elsewhere, for the purpose of executing and attempting to execute a scheme to defraud the City of Sherman and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, the defendant, **Edward Vaughan**, and others knowingly and willfully caused the company Electronic Transaction Systems to transmit by means of wire communication in interstate commerce a writing, sign, or signal related to the processing of payment card fees.

In violation of 18 U.S.C. § 1343.

        Respectfully submitted,

        JAY R. COMBS
        UNITED STATES ATTORNEY

        _____
        ANAND VARADARAJAN
        Assistant United States Attorney
        Texas Bar No. 24088576
        101 E. Park Blvd., Ste. 500
        Plano, Texas 75074
        Office: 972.509.1205
        anand.varadarajan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22CR162 |
| v. | § | Chief Judge Mazzant |
| | § | |
| EDWARD VAUGHAN | § | |

### NOTICE OF PENALTY

### Count One

<u>Violation</u>: 18 U.S.C. § 1343 (Wire Fraud)

<u>Penalty</u>: Not more than twenty years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than three years.

<u>Special Assessment</u>: $100.00