# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>EDWARD WALSH VAUGHAN (1),<br>HADI AKKAD (2)<br>    Defendants. | Case No. 4:22-cr-00162-ALM-KPJ |

## ORDER

Upon consideration of Defendants' Joint Motion for Leave to Make Certain Arguments in Closing (Dkt. #452), it is hereby ORDERED that the motion is **DENIED AS MOOT**.

IT IS SO ORDERED.

**SIGNED this 29th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE