# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:22CR162 |
| | § | |
| EDWARD VAUGHAN (1) | § | |
| HADI AKKAD (2) | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE SENTENCING AND WAIVE PSR

Before the Court is Defendant's Motion to Waive Presentence Report and to be Sentenced (Dkt. #537, *sealed*) wherein Defendant request the Court waive the presentence report requirement on this case, and expedite the sentencing before the undersigned. Having considered the Motion, the Court finds that the motion is **GRANTED**.

It is therefore **ORDERED** that Defendant's Motion to Waive Presentence Report and to be Sentenced (Dkt. #537, *sealed*) is **GRANTED**. Change of plea hearing and sentencing scheduled for ***Monday, October 6, 2025 at 10:00 a.m***. at the Paul Brown Courthouse, 101 East Pecan Street, Sherman before the undersigned.

IT IS SO ORDERED.

SIGNED this 29th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE