IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:22-CR-162 |
| EDWARD VAUGHAN (01) <br> HADI AKKAD (02) <br> JILL MANDICHAK (03) <br> SEAN LYNCH (04) <br> KATHERINE NGUYEN (05) | § § § § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America hereby designates the following Assistant United States Attorney as co-counsel in this case, and respectfully request that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

Robert Austin Wells
Texas State Bar No. 24033327
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Fax: (903) 590-1436
Email: robert.wells3@usdoj.gov

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700

Tyler, Texas 75702
(903) 590-1400
(903) 590-1437 (fax)
robert.wells3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was electronically served on all counsel of record by way of the Court's CM/ECF system on the 29th day of September, 2025.

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney