# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 10/6/2025

| | |
|---|---|
| **CHIEF DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
| United States of America<br><br>v.<br><br>Edward Vaughan (1)<br>Hadi Akkad (2) | 4:22-CR-162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Anand Varadarajan | John Cline, Samuel Ford (1)<br>David Gerger, Heather Peterson (2) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Change of plea hearing and sentencing |
|---|---|
| 11:25 a.m. | Court convened. Court notes appearance of Parties. |
| | Defendants sworn. |
| | Court discusses waiver of indictment. Defendant's sign the waiver of indictment. |
| | Court reviews rights, questions Defendants regarding same. |
| | Defendants waive reading of the Information. |
| | AUSA reads Elements. |
| | Court advises parties of Penalties. |
| | Parties waive PSR. |
| | Court reviews restitution amounts and specifics of the 11c1c plea agreement. Defendants acknowledge understanding. |
| | Court reviews forfeiture provisions from plea agreement. Defendants acknowledge understanding. |
| | Court hears from Defendant John Cline (Dkt. #547) regarding decrease of amount for Defendant Vaughan. |
| | Court reviews rights to appeal. |

CASE NO.  4:22CR162     DATE:  10/6/2025
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Change of plea hearing and sentencing |
|---|---|
|  | Court reviews Factual Basis with each Defendant. Government reads Factual Basis into the record. |
|  | Defendant's make statement to the Court. |
| 11:45 a.m. | Defendant's plead guilty. |
|  | Court finds the plea is voluntary, knowledgeable and that it has a basis in fact. Court adjudges the Defendants guilty. |
| 11:46 a.m. | Court proceeds to sentencing. |
|  | Court notes that the Parties have waived an official PSR being completed. |
|  | Court hears from AUSA regarding "Remission" regarding restitution. Victims will submit a claim and the funds would be disbursed to the main victims. Court notes the restitution is 8 million. Thousands of victims, merchant clients that were served by ETS during the time frame. Pro Rata share will be distributed to the victims |
|  | Vaughan: TOL: 36, CHC 1: Guideline 188 - 235 months imprisonment.<br>Akkad: TOL: 33, CHH 1: Guildeine 135 -168 months imprisonment. |
| 11:51 a.m. | Defendant Vaughan allocutes. |
| 11:52 a.m. | Defendant Akkad allocutes. |
|  | Court sentences Defendants Vaughan and Akkad to a term of 36 months probation.<br>Restitution amounts:  Mr. Vaughan will 25,638.00 to City of Sherman<br>Akkad will pay 8,546.00 to City of Sherman. Both due and payable immediately.<br>Fine of $100,000 will be paid to the United States. Court orders a special assessment of $100. |
|  | Court will grant Dkt. #543 and will modify the conditions of travel. |
|  | Court review appellate rights. |
|  | Parties discuss #545, #547 final order of forfeiture -<br>#546, #548 - motions to dismiss and an oral motion to dismiss the underlying indictments. Court orally grants government's request and will sign orders. |
| 12:00 p.m. | Court order Defendants to meet with probation officer today. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk