IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22CR162 |
| v. | § | Chief Judge Mazzant |
| | § | |
| EDWARD VAUGHAN | § | |

**WAIVER OF INDICTMENT**

I, **Edward Vaughan**, the above-named defendant, who is accused of violating 18 U.S.C. § 1343, being duly advised of the nature of the charge, the proposed Information, and of my rights, hereby in open court on  10|6  , 2025, consent that the proceeding may be by Information rather than by Indictment.

_____
EDWARD VAUGHAN
Defendant

_____
JOHN CLINE
Attorney for Defendant

Before _____
Chief, United States District Judge
Amos L. Mazzant, III

Waiver of Indictment