IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR162 |
| | § | Chief Judge Mazzant |
| EDWARD WALSH VAUGHAN (01) | § | |

## FINAL ORDER OF FORFEITURE

On October 6, 2025, the defendant, **Edward Walsh Vaughan**, entered into a plea agreement with the United States and pled guilty to Count One of the Information, which charged a violation of 18 U.S.C. § 1343, Wire Fraud.  The United States has filed a motion for forfeiture of $5,323,152 in United States currency.  Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $5,323,152 pursuant to 18 U.S.C. § 982(a)(2).  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the cash proceeds in the amount of $5,323,152 in whole or in part.

IT IS SO ORDERED.

**SIGNED this 6th day of October, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE